LAMAR *vs.* CHISHOLM.

The wages of a clerk and bookkeeper are not subject to garnishment.

November 9, 1886.

Wages. Garnishment. Before Judge HARDEN. City Court of Savannah. March Term, 1886.

Lamar obtained a judgment against Besselieu and caused a summons of garnishment to be served on Chisholm, who answered that the defendant was a clerk or journeyman, and he owed him monthly wages which were not subject to garnishment. The answer was traversed. On the trial, it appeared that Besselieu was employed as a clerk and bookkeeper by Chisholm, who was a merchant dealing in cotton, rice and naval stores. The court charged, in effect, that a clerk or bookkeeper is a day-laborer within the meaning of the statute exempting the wages of such persons from garnishment. The jury found in favor of the garnishee; the plaintiff moved for a new trial, which was refused, and she excepted.

GEO. W. OWENS, by CHARLTON & MACKALL, for plaintiff in error.

CHISHOLM & ERWIN, for defendants.

BLANDFORD, Justice.

The question here is, are the monthly wages of a clerk and bookkeeper subject to garnishment?

This is not an open question in this court. In the case of *Smith vs. Johnston*, 71 *Ga.* 748, this court held that the wages of a clerk for a line of railroad, known as the Green Line, were not subject to garnishment. This decision was made on the authority of the cases reported in 46 *Ga.* 466; 54 *Id.* 108; 25 *Id.* 571.

Judgment affirmed.